**02-22036**

United States District Court
Southern District of Florida
Case # (To be Appointed)

**CIV-LENARD**

MAGISTRATE JUDGE
SORRENTINO

Undersigned Inmates

Vs

Miami-Dade and City of Miami Police Department
Eleventh Judicial Circuit Court
State Attorney's Office
Public Defender's Office
Miami-Dade Department of Corrections and Rehabilitation

    We the undersigned inmates charged with (felony and capital offenses), hereby declare that submitting this class action lawsuit against the respondents is done in good faith, and has basic legal formable foundation granted to petitioners. By the United States Constitution and the Florida constitution, under both constitutions' judicial due process clauses. Petitioners have constitutional rights to be treated as human beings with dignity, respect, impartiality, and fairness, and are supposedly to be presumed innocent until proven guilty.

    In the court of law, however, in these particular cases, the defendant is treated guilty automatically on hearsay, until proven innocent.

    In regards to this lawsuit, we are seeking justice, due to biased mistreatment beginning with the police officer, Public Defenders, the charges and plea bargaining decision made by the prosecutors. The petitioner are given "harsh" sentences by trial Judges and are deeply affected by "get tough crime policies" enacted by lawmakers. Instead of police officers conducting relevant, diligent investigations before seeking arrest warrants, they arrest you and the bases of hearsay statements that could be total fabrication.

cat / div  Dodd (1983)
Case # 02-22036
Judge JAL  Mag CHS
Mom Up NO  Fee pd $ 0
Receipt #

The Public Defenders and state paid lawyers assigned to represent the majority of these defendants, usually work with the State Attorney in assisting them to either accept plea-bargains for prison time or just assist with acquiring a conviction.

The Judges allow the State attorney to totally violate the petitioners constitutional rights, to a fair and speedy trial, by abuse of discretion, granting continuance after continuance, without consent of the defendants. This therefore forces a defendant to lengthy incarceration, when white-collar defendants with these same charges are seen immediately.

In the county jails, inmates are subjugated by somewhat inhumane treatment on a daily bases and are kept in the dark about their cases because of slow action on behalf of the Public Defender. Inmates are forced to wear jumpers that causes rashes and these rashes are also brought on because blankets are not washed regularly and even when they have been turned in, they are again passed out without being cleaned. The soap and toothpaste are not approved by the ADA, the unsanitary handling of the trays for meals and the over leaded water; after lengthy incarceration under these conditions, including poor social services like substandard help in preparing legal research and being charged money while incarcerated. The inaccessibility to the court is increased, whereby violating constitutional rights, particularly Amendment six. Especially when we have been brought back to jail on charges fabricated by an officer out to harass us. Now an inmate is ready to take a conviction just to regain their liberty.

The Petitioners request the Governor to appoint a special task force to review the entire Judicial and law enforcement process of these cases. At this very minute the U.S. Department of Justice is doing a probe into the Constitutional violations by the Miami Police Departments, there has also been recent debates by the Supreme Court in Washington concerning

constitutional rights to see any information collected by prosecutors, some solicitors feel this would undermine the plea bargaining system....Let the task force decide.

Wherefore petitioners demand a sum of ($550,000,000), Five hundred and fifty million dollars for punitive damages pain and suffering, past, present and future due to being labeled repeat offenders with an escalation pattern of criminal conduct.

Lawyer client breach of trust between Public Defenders and state paid lawyers, and prejudice that the (11th) Eleventh Judicial Court has for tampering, can be proven with case files.

The Judge not showing fairness in their courtrooms because of rushing you in and out of court, because of over crowding; many innocent people have been sentenced to long terms in prison, especially with felony and capital accusation by police officers, public defenders, state attorney and judges. Transcripts would tell it all if we had a federal review board, to review the cases.

Thank you for your consideration and we the petitioners are seeking a reply within (10) ten days upon you receiving this. We appreciated your federal review and for you not prejudging us, as the Eleventh Judicial court does.

at Metro West Detention Center
are Petitioners

Clinton Bingham - 0200 38278  Clinton Bingh

Arthur Billington 48967

Alfredo Mendiza  020020789

Joshua Morales  020048212

PHILLOW BENT # 99-75221

STEVEN Curry  # 02-39355

Johnny Beard  01-67447

Dilerick Vickus  02-0017376

Arthur L. Price, Eddie # 01-410729

MARio Reynon Monts 0162118

Jonas Buurd  12004886

Cristobal Novaton  02-45864

Thomas Pitn  02-12345

Patrick Medina  02-13504

are Petitioners

| # | Name | Case Number | Signature |
|---|------|-------------|-----------|
| (1) | Donald Graggs | 01-81390 | Donald Graggs |
| (2) | Leander McCray | 02-03640 | Leander McCray |
| (3) | Markii Mathis | 02-53956 | Mati Mathis |
| (4) | ANDRE BORDEN | 01-87077 | Andre Borden |
| (5) | Bobby Whipple | 02-53315 | Bobby Whipple |
| (6) | Louie Shorter | 01-79858 | Louie Shorter |
| (7) | NEVILLE SANDS | 02001 9457 | Neville Sands |
| (8) | Adrian Adside | 02004 1947 | Adrian Adside |
| (9) | Willie Seay | 01009 6530 | Willie Seay |
| (10) | Adrian Thomas | 02-48818 | Adrian Thomas |
| (11) | Markeith Brown | 00-63506 | Markeith Brown |
| (12) | TERRY Chandler | 02 0053008 | Terry Chandler |
| (13) | Octavin Winters | 02-0100481 | Octavn Winters |

| Name | Number | Cell | Signature |
|---|---|---|---|
| Roger Gonzalez | 97-89583 | 3-B-2 | Roger Gonzalez |
| Benjamin Smith | 97-66481 | 3B2 | Benjamin Smith |
| Brent Phillips | 99-29858 | 3B2 | *signature* |
| Fernando Ellis | 02-21836 | 3-B-2 | *signature* |
| Derrick L. Ford | 01-46723 | 3B2 | Derrick L. Ford |
| Travis Aaron | 01-72321 | 3B2 | *signature* |
| Christian Gonzalez | 02-8120 | 3B2 | *signature* |
| Jose G. Gonzalez | 02-0010046 | 3B2 | Jose G. |
| Chad Hawthorne | 02-0010035 | 3B2 | Chad Hawthorne |
| Roberto Sampedro | 010093282 | 3B2 | Roberto Sampedro |
| Aded Baez | 01-0093065 | 3B2 | Aded Baez |
| Micheal Knight | 01-0045283 | 3B2 | Micheal Knight |
| Willie Scruggs | 01-0097651 | 3B2 | Willie Scruggs |
| Corey Smith | -01-0033084 | 3B2 | Corey Smith |

are Petitioners:

| Inmate name | Jail number | Signatures |
|---|---|---|
| Dondrell Florence | 01-39272 | Dondrell Florence |
| Allen E. Rouse | 000083659 | Allen Rouse |
| MAURO, gUTiErrEz | 01-74608 | Mauro g... |
| Roberto Torres | 00024912/ | [signature] |
| Alfredo Polanco Fraga | 020001728 | [signature] |
| Luciano Zurbin | 010100440 | [signature] |
| Ruben Ortiz | 020014130 | Ruben Ortiz |
| Cecil N. Brown-Odom | 01-41171 | Cecil N Brown-Odom |
| TONY L. HEARD | 01-20047 | Tony Heard |
| C. Boyd | | [signature] |
| Eli Holder | 01-97540 | Eli Holder |
| Lee A Snow | 99-65214 | Lee Snow |
| [scribbled out] | [scribbled out] | [scribbled out] |
| WILFRED N. SANCHEZ | 02-14099 | W. Sanchez |
| Ricardo Perez | 0 | |
| Alonzo Edmond | 02-0040982 | Alonzo Edmond |
| Compton Nicholson | 02-488-66 | Compton Nicholson |
| [signature] | 02-269-16 | [signature] |
| Eloy Tomás Fernández | 010002940 | [signature] |
| Efrem W. Frazier | 02-0038075 | Efrem W. Frazier |
| Orlando Reed | 00022945 | |
| BERNARD BONNER | 010048572 | Bernard Bonner |
| Marvin West | 020021125 | Marvin West |
| Arthur Cody | 010095941 | Arthur Cody |
| Russell Dorsett | 020038201 | Russell Dorsett |
| Abdias Rosario | 01-0078850 | Abdias Rosario |